IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **Sally A. Burgess,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 11-4056-CV-C-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Friday, February 17, 2012, the Court heard oral argument on the *Brief In Support Of Complaint*, filed September 2, 2011 [Doc 14] and the *Brief For Defendant*, filed October 17, 2011 [Doc. 15]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the February 17, 2012 argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4, for action consistent with the decision of the Court as set forth at the conclusion of the February 17, 2012 argument. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral arguments so that the Commissioner will know the basis upon which this case is remanded.

                                                  */s/ John T. Maughmer*
                                                  **JOHN T. MAUGHMER**
                                                  **U. S. MAGISTRATE JUDGE**