# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| Sally Burgess, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 11-4056-CV-C-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney Fees Under The Equal Access To Justice Act*, filed April 26, 2012 [Doc. 22]. After due consideration of the issues presented and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney Fees Under The Equal Access To Justice Act*, filed April 26, 2012 [Doc. 22] is **GRANTED** and plaintiff is awarded $4,850.00 in attorney's fees under the Equal Access To Justice Act.

                           */s/ John T. Maughmer*
                           **JOHN T. MAUGHMER**
                           **U. S. MAGISTRATE JUDGE**